UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDE MILHOUSE,<br><br>    Defendant. | Case No. 18-cr-00127-PJH<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 12 |

Before the court is the second motion of defendant Armande Milhouse for early termination of supervised release pursuant to 18 U.S.C. § 3583(e).  See Dkt. 12.

After pleading guilty to one count of conspiracy to possess with intent to distribute more than 50 kilograms of marijuana, defendant was sentenced to 84 months in custody, to be followed by six years of supervised release.  See Case No. 1:09-cr-00125 (N.D.N.Y).  Defendant has served over five years of his supervised release term, which is set to expire on January 18, 2024.  See Dkt. 12 at 2.

The government has filed a response indicating that it does not oppose the motion.  See Dkt. 14.  Both parties also represent that the Probation Office has no objection to early termination of supervised release.  See Dkt. 12-1, Dkt. 14.

Because defendant has served the large majority of his supervised release term, and because there is no opposition, defendant's motion for early termination of supervised release is GRANTED.

**IT IS SO ORDERED.**

Dated:  March 28, 2023

                                                     /s/ *Phyllis J. Hamilton*
                                                   PHYLLIS J. HAMILTON
                                                   United States District Judge